IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA
Case no. 0:15-CV-62313-BB

GREEN SEA TURTLE,
LOGGERHEAD SEA TURTLE,
LEATHERBACK SEA TURTLE, and
CONSTANTINE STASSIS,

    Plaintiffs,

v.

CITY OF FORT LAUDERDALE; BROWARD
COUNTY; GALT MILE COMMUNITY ASSOCIATION, INC.;
OCEAN SUMMIT ASSOCIATION, INC. (A
CONDOMINIUM ASSOCIATION); U.S. ARMY
CORPS OF ENGINEERS; and STATE OF FLORIDA
DEPARTMENT OF ENVIRONMENTAL PROTECTION,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

    COME NOW the Plaintiffs, Green Sea Turtle, Loggerhead Sea Turtle, Leatherback Sea Turtle, and Constantine Stassis, respectfully by and through the undersigned attorney and pursuant to Fed. R. Civ. P. 41(a)(1)(A), and voluntarily dismiss the above-styled cause as to all parties. In furtherance of this Notice, Plaintiffs state:

    1.    All Defendants, with the exception of Galt Mile Community Association, Inc., filed motions to dismiss and have not yet answered, making this notice proper as to those parties.

    2.    The Galt Mile Community Association, Inc., through counsel, has consented to this dismissal via the email attached hereto as Exhibit A.

    WHEREFORE, Plaintiffs dismiss this action.

    Respectfully submitted this 15th day of January, 2016.

KENNETH ERIC TRENT
Attorney for Plaintiffs
831 East Oakland Park Blvd.
Fort Lauderdale, FL 33334
(954)567-5877; (954)567-5872 [fax]
Trentlawoffice@yahoo.com

By: /s/ *Kenneth Eric Trent*
Fla. Bar No. 693601

**Certificate of Service**

I hereby certify that true and correct copies of the foregoing were served upon all Defendants via the CM/ECF system on this 15th day of January, 2016.

KENNETH ERIC TRENT
Attorney for Plaintiffs
831 East Oakland Park Blvd.
Fort Lauderdale, FL 33334
(954)567-5877; (954)567-5872 [fax]
Trentlawoffice@yahoo.com

By: /s/ *Kenneth Eric Trent*
Fla. Bar No. 693601

# Exhibit A

**Subject:** RE: Green Sea Turtle, et al v. City of Fort Lauderdale, et al.
**From:** Lisandra Estevez (lisandra@ddpalaw.com)
**To:** trentlawoffice@yahoo.com;
**Date:** Friday, January 15, 2016 3:30 PM

Thank you for your prompt response in this matter. Yes, I on behalf of my client, consent to dismissal.

Best,

**Lisandra Estevez,** Attorney

Lisandra@ddpalaw.com

954.712.3070 office | 954.337.3824 fax

Tower 101 | 101 NE 3rd Ave., Suite 1410 | Ft. Lauderdale, FL 33301

Confidentiality Notice: The preceding email message is confidential. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message, and any information contained in the email may not be relied upon by any other party. This email shall not be forwarded, copied and redistributed in any way without the expressed written consent of the sender.

**From:** Kenneth Eric Trent, P.A. [mailto:trentlawoffice@yahoo.com]
**Sent:** Friday, January 15, 2016 3:18 PM
**To:** lisandra@ddpalaw.com

Subject: Fw: Green Sea Turtle, et al v. City of Fort Lauderdale, et al.

Good afternoon,

Mr. Trent asked for me to forward you this email.

Respectfully,

Damian Figueroa

Kenneth Eric Trent, P.A.
831 E. Oakland Park Blvd.
Ft. Lauderdale, FL 33334
(954) 567-5877-phone
(954) 567-5872 fax
trentlawoffice@yahoo.com
www.foreclosuredestroyer.com

----- Forwarded Message -----
From: "Kenneth Eric Trent, P.A." <trentlawoffice@yahoo.com>
To: "david@ddpalaw.com" <david@ddpalaw.com>
Sent: Friday, January 15, 2016 11:06 AM
Subject: Green Sea Turtle, et al v. City of Fort Lauderdale, et al.

Good morning. My client has decided to voluntarily dismiss the referenced matter. All of the other defendants filed motions to dismiss, which means I can dismiss the case as to those defendants by simply filing a notice of dismissal. However, since your client filed an answer, I need your written consent to file a notice of dismissal; otherwise, I'll have to file a motion for leave to dismiss. Do you, on behalf of your client, consent to dismissal? Thank you.  KET

Kenneth Eric Trent, P.A.
831 E. Oakland Park Blvd.
Ft. Lauderdale, FL 33334
(954) 567-5877-phone
(954) 567-5872 fax
trentlawoffice@yahoo.com
www.foreclosuredestroyer.com